UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                  Case No. 2:13-CR-125-FTM-38DNF

RAYMOND GELLATLY,

    Defendant,

    and

THE VANGUARD GROUP, INC.,

    Garnishee.
_____/

**FINAL ORDER IN GARNISHMENT[1]**

This cause comes before the Court for consideration of the United States of America's Motion for Entry of Final Order in Garnishment pursuant to 28 U.S.C. § 3205(c)(7) against defendant Raymond Gellatly's IRA account(s) held by The Vanguard Group, Inc. (Doc. #29) filed on May 21, 2014.  The Court, having considered the Application for Writ of Garnishment, Garnishee's Answer, and the instant Motion for Entry of Final Order in Garnishment, finds that the entry of a final order in garnishment is in all respects proper.

Accordingly,

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

it is hereby **ORDERED**:

The United States of America's Motion for Entry of Final Order in Garnishment pursuant to 28 U.S.C. § 3205(c)(7) against Defendant Raymond Gellatly's IRA account(s) held by The Vanguard Group, Inc. (Doc. #29) is **GRANTED**.

It is further **ORDERED, ADJUDGED, AND DECREED** that Garnishee, The Vanguard Group, Inc. shall forthwith liquidate the Defendant's nonexempt interest in IRA account(s) (number xxxx7375), not to exceed $120,650.35.  The payment made to the United States pursuant to this Order shall bear the notation Raymond Gellatly, 2:13-cr-125-FTM-38DNF, be made payable to the Clerk, United States District Court, and be sent to:

> Clerk, United States District Court
> ATTN: DCU
> 401 West Central Boulevard, Suite 1200
> Orlando, Florida 32801

It is further **ORDERED, ADJUDGED, AND DECREED** that upon payment to the United States of the proceeds of the Defendant's nonexempt interest in the IRA account(s), the Writ of Garnishment directed to The Vanguard Group, Inc., shall terminate pursuant to 28 U.S.C. § 3205(c)(10).

**DONE and ORDERED** at Fort Myers, Florida, on this June 5th, 2014.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: to all parties of record