UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                           CASE NO: 2:13-cr-125-FtM-38DNF

RAYMOND GELLATLY

### ORDER

This matter comes before the Court on the Defendant's Motion for Early Termination of Probation (Doc. #35) filed on September 2, 2015.  The Government filed an expedited response, pursuant to the Court's Order (Doc. 32).  The Defendant moves the Court for an Order terminating his probation sentence.  As grounds, the Defendant indicates that all the conditions of probation have been fulfilled. Probation Officer, Kimberlee Gorton, U.S Probation Office, 915 Lafayette Boulevard, Room 200, Bridgeport, CT 06604, consents to the early termination of probation.

The Government, in their response, opposes the request for early termination.  As grounds, the Government indicates the Defendant was sentenced to 5 years of Probation and has completed less than two.  The Government argues the Defendant should remain on probation until at least half of the term of probation has been served.  Further, the Defendant does not provide any supporting argument other than probation is no longer needed.

The Court, having considered the motion and the Government's response, agrees with the Government in this case.  As cited by the Government, the interest of justice does not warrant the early termination of probation and the five year period of probation imposed remains a reasonable and adequate deterrent to criminal conduct and to protect

the public from further crimes of the defendant.  See 18 U.S.C. §3553(a)(1)(B) and (a)(1)(C).

Accordingly, it is now

**ORDERED:**

The Defendant's Motion for Early Termination of Probation (Doc. 35) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this September 14, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record