UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 2:13-cr-125-FtM-38DNF

RAYMOND GELLATLY

## ORDER

This matter comes before the Court on the Defendant's second Motion for Early Termination of Probation (Doc. #39) filed on September 28, 2016. Defense Counsel moves the Court to terminate the defendant's probation. As grounds, Counsel argues the defendant has served more than half his probation term, probation is no longer helpful and defendant is doing well. Restitution has also been satisfied. His probation officer, Kimberlee Gorton, U.S. Probation Office, 915 Lafayette Blvd., Room 200, Bridgeport, CT 06604, consents to the early termination and Managing Assistant U.S. Attorney, Jesus M. Casas, does not object to the early termination.

Accordingly, it is now

**ORDERED:**

Defendant's Motion for Early Termination of Probation (Doc. 39) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this September 29, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record